IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE OSUCH, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| OPTIMA MACHINERY | : | |
| CORPORATION, *et al.*, | : | |
| *Defendants*. | : | No. 10-6101 |

**O R D E R**

**AND NOW**, on this 11th day of July, 2011, upon consideration of Plaintiff Nicole Osuch's Motion for Reconsideration (Docket No. 9), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE